# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ROCKY C. HURD**                                                                        **PLAINTIFF**

**v.**                                                             **No. 4:15CV73-SA-JMV**

**WARDEN SONJA STANCIEL, ET AL.**                                     **DEFENDANTS**

## JUDGMENT

In accordance with the memorandum opinion and final judgment entered this day, the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED IN PART**. All of the plaintiff's claims and named defendants are **DISMISSED** from this case – except for the plaintiff's claims against Superintendent Earnest Lee, Warden Sonja Stanciel, Unit Administrator Lt. Michael Weeks, and Commissioner Marshal Fisher for unsanitary general conditions of confinement, which will **PROCEED**.

**SO ORDERED**, this, the 18th day of May, 2016.

                                                         /s/ Sharion Aycock
                                                         **U.S. DISTRICT JUDGE**