IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROCKY C. HURD                                                                                   PLAINTIFF

v.                                                                                   No. 4:15CV73-SA-JMV

WARDEN SONJA STANCIEL, ET AL.                                                        DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion and final judgment entered this day, the motion [30] by the defendants for summary judgment is **GRANTED**, and the sole remaining claim in this case is **DISMISSED** without prejudice for failure to exhaust administrative remedies. In light of this ruling, the plaintiff's motion [24] to reconsider the court's adoption of the Magistrate Judge's Report and Recommendation, which is essentially a recapitulation of his allegations in the complaint, is **DENIED**.

**SO ORDERED**, this, the 15th day of November, 2016.

                                                                           /s/ Sharion Aycock
                                                                           **U.S. DISTRICT JUDGE**